UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS,<br><br>Plaintiffs,<br><br>-against-<br><br>METAL TEK ARCHITECTURAL METAL & GLASS, INC.,<br><br>Defendant. | Index No. 08-CIV-0419 (KMK)<br><br>REQUEST FOR ENTRY OF DEFAULT JUDGMENT |

---

TO:   Clerk of the United States District Court for the
      Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, Metal Tek Architectural Metal & Glass, Inc. having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds and against the Defendant, Metal Tek Architectural Metal & Glass, Inc. for an Order for an audit and in the sum of $5,422.66, which includes late charges, attorneys' fees, court costs and disbursements.

Dated:  Elmsford, New York
        February 25, 2008

Dana L. Henke (DLH3025)
Barnes, Iaccarino, Virginia,
Ambinder & Shepherd, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____